[No. 3599–9–III.   Division Three.   November 25, 1980.]

*In the Matter of the Marriage of* DOROTHY B.
KERCKHOF, *Appellant, and* LOTHAIRE R.
KERCKHOF, *Respondent.*

Appeal from a judgment of the Superior Court for Columbia County, No. 10974, Patrick McCabe, J., entered August 30, 1979. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Roe, J.

[No. 3499–2–III.   Division Three.   November 25, 1980.]

DON S. HADLAND, ET AL, *Appellants,* v. ROY
MAXWELL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Columbia County, No. 10956, Patrick McCabe, J., entered May 30, 1979. *Affirmed* by unpublished opinion per Roe, J., concurred in by Green, C.J., and Munson, J.

[No. 4057–7–III.   Division Three.   November 25, 1980.]

BEN FRANKLIN PACKING CO., INC., ET AL, *Respondents,*
v. DOUBL–KOLD, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 25247, Albert J. Yencopal, J., entered July 9, 1980. *Reversed* and *remanded* by unpublished opinion per Green, C.J., concurred in by Munson and Roe, JJ.

[No. 3558–1–III.   Division Three.   November 25, 1980.]

TERRY W. MARTIN, ET AL, *Appellants,* v. JOHN W.
MERCER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 251292, George T. Shields, J., entered July 11, 1979. *Remanded* by unpublished opinion per Munson, J., concurred in by McInturff, A.C.J., and Roe, J.